```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 10477
   KATHY CURTIS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0449

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/23/2005 and was confirmed 05/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was paid in full 06/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
NUVELL CREDIT CO LLC     SECURED            8265.00          891.81      8265.00
NUVELL CREDIT CO LLC     UNSECURED          7443.96             .00       744.40
CAPITAL ONE BANK         UNSECURED           572.11             .00        57.21
CBCS                     UNSECURED         NOT FILED            .00          .00
CREDIT PROTECTION        UNSECURED         NOT FILED            .00          .00
CROSS COUNTRY BANK       UNSECURED         NOT FILED            .00          .00
NORTHWESTERN MEMORIAL HO UNSECURED         NOT FILED            .00          .00
SPENCER LEAKS & SONS     UNSECURED         NOT FILED            .00          .00
US DEPT OF EDUCATION     UNSECURED         15925.97             .00      1592.60
LEGAL HELPERS PC         DEBTOR ATTY        2,200.00                     2,200.00
TOM VAUGHN               TRUSTEE                                          828.86
DEBTOR REFUND            REFUND                                           436.12

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                15,016.00

PRIORITY                                            .00
SECURED                                        8,265.00
     INTEREST                                    891.81
UNSECURED                                      2,394.21
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             828.86
DEBTOR REFUND                                    436.12
                      --------------        --------------
TOTALS                 15,016.00               15,016.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 10477 KATHY CURTIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                  /s/ Tom Vaughn

Dated: 09/25/08                _____
                                               TOM VAUGHN
                                               CHAPTER 13 TRUSTEE